IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**NATASHA HUBBARD**                                                                                                 **PLAINTIFF**

v.                                                                                                 **CIVIL ACTION NO. 3:19-CV-262-DAS**

**ANDREW SAUL,**
**COMMISSIONER OF SOCIAL SECURITY**                                                      **DEFENDANT**

## FINAL JUDGMENT

Plaintiff Natasha Hubbard filed suit under 42 U.S.C. § 405(g) for judicial review of the unfavorable decision of the Commissioner of Social Security regarding an application for a Period of Disability, Disability Insurance Benefits, and Supplemental Security Income. Docket 1. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provision of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Fifth Circuit. Docket 11. The Court, having considered the record, the administrative transcript, the briefs of the parties, and the applicable law, finds that the Commissioner's decision is not supported by substantial evidence and should be reversed.

The ALJ failed to analyze the plaintiff's complaints of pain under the regulatory framework outlined in 20 C.F.R. 404.1529. The ALJ's opinion thoroughly discusses the voluminous medical records; however, the ALJ did not analyze the plaintiff's complaints of pain consistent with the factors set forth in 20 C.F.R. 404.1529. Whether a consultative examination would aid in the evaluation of the plaintiff's pain is left to the ALJ's discretion. For these reasons, and for those announced on the record at the conclusion of the hearing in this case, the Commissioner's decision is reversed and remanded for a rehearing of the plaintiff's application under the fourth sentence of § 405(g).

**SO ORDERED**, this the 31st day of August, 2020.

/s/ David A. Sanders
**UNITED STATES MAGISTRATE JUDGE**